UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-60047-CR-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

COURTNEY GISSENDANNER,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court on a Petition for Warrant for Offender Under Supervision (DE# 438, 4/25/18). This matter was referred to the undersigned by the Honorable Ursula Ungaro, United States District Court Judge for the Southern District of Florida to take all necessary and proper action as required by law, including but not limited to an evidentiary hearing, with respect to whether or not the defendant's supervised release/probation should be revoked (DE # 450, 7/2/18).

## BACKGROUND

The defendant pled guilty to conspiracy to commit bank fraud in violation of Title 18, United States Code, Section 1349 (Count I) and conspiracy to commit access device fraud in violation of Title 18, United States Code, Section 371. See Judgment in a Criminal Case (DE# 274, 10/5/11). The Court sentenced the defendant to ninety (90) months incarceration as to Count I, sixty (60) months incarceration as to Count II to run concurrently and five (5) years of supervised release as to Count I and three (3) years of supervised release as to Count II to be run concurrently.

The defendant is charged with violating his supervised release by failing to refrain from violation of the law. On or about April 14, 2018, in Sarasota County, Florida, the defendant committed the offense of written threats to kill or do bodily injury, contrary to Florida Statute 836.10.

On July 6, 2018, the defendant while represented by counsel waived his right to an evidentiary hearing and admitted to the aforementioned supervised release violation. The defendant, government and probation officer have agreed to recommend to the Court that the Court enter a modified order of supervised release requiring the defendant to complete fifty (50) hours of community service and that the defendant stay away from Adranah Stewart.

## **RECOMMENDATION**

Based on the defendant's admission to the violation, the undersigned respectfully RECOMMENDS that the Court enter a modified order of supervised release requiring the defendant to complete fifty (50) hours of community service and that the defendant stay away from Adranah Stewart.

The parties shall have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the Honorable Ursula Ungaro, United States District Judge. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report except upon grounds of plain error if necessary in the interest of justice. See 28 U.S.C. § 636(b)(1); Thomas v. Arn, 474 U.S. 140, 149 (1985); Henley v. Johnson, 885 F.2d 790, 794 (1989); 11th Cir. R. 3-1 (2016).

RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this **6th** day of July, 2018.

JOHN J. O'SULLIVAN
U. S. MAGISTRATE JUDGE

Copies provided to:
United States District Judge Ungaro
All Counsel of Record