**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.:  0:11-cr-60047-UU

UNITED STATES OF AMERICA,

v.

COURTNEY GISSENDANNER,

Defendant.

_____/

## ORDER ON MAGISTRATE'S REPORT AND RECOMMENDATION

This Cause is before the Court upon a Petition for Warrant for Offender under Supervision (D.E. 438).

THE COURT is fully advised in the premises.

This matter was referred to Magistrate Judge John J. O'Sullivan, who, on July 6, 2018, issued a Report (the "Report") (D.E. 453) recommending that the Court enter a modified order of supervised release requiring the Defendant to: (i) complete fifty hours of community service; and (ii) stay away from Adranah Stewart. The parties were given fourteen days to file objections to the Report. None of the parties filed objections. *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).

Upon *de novo* review, the Court agrees with Magistrate Judge O'Sullivan's recommendation and concurs in all of his findings. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report, D.E. 453, is RATIFIED, ADOPTED, and AFFIRMED.

1

DONE AND ORDERED in Chambers in Miami, Florida, this _24th___ day of July, 2018.

_Ursula Ungaro_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Counsel of record via cm/ecf